IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MONIQUE ALLEN, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:18-cv-03979-RDB |
| VERIZON MARYLAND, LLC, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DISCLOSURE OF CORPORATE INTEREST

Pursuant to Federal Rule 7.1 and Local Rule 103.3, Defendants Verizon Maryland, LLC and Verizon Communications, Inc. states as follows:

1. Verizon Maryland LLC is wholly owned by Verizon Communications Inc.

2. Verizon Communications is a publicly-held corporation.

3. No publicly-held corporation owns 10% or more of Verizon Communications, Inc.'s stock.

4. No other corporation, unincorporated association, partnership, or other business not a party to the case has a financial interest in the outcome of this litigation.

        Respectfully submitted,

        */s/ Adam T. Simons*
        Elena D. Marcuss (Fed. Bar No. 25547)
        Adam T. Simons (Fed. Bar. No. 29357)
        McGuireWoods LLP
        500 East Pratt Street, Suite 1000
        Baltimore, Maryland 21202
        Ph: 410-659-4417
        Fax: 410-659-4484
        emarcuss@mcguirewoods.com
        asimons@mcguirewoods.com

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2018, a copy of the foregoing Corporate Disclosure was filed with the Court's CM/ECF system, which sent electronic notice to all counsel of record.

        */s/ Adam T. Simons*
        Adam T. Simons